# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOAN S. URETA, AS THE
SURVIVING SPOUSE OF THE
DECEASED, JERRY J. URETA,
AND JERRY URETA, JR.,
MARYKAY FONTANA, WILLIAM
URETA, AND TERI RAMON, AS
THE SURVIVING CHILDREN OF
THE DECEASED, JERRY J. URETA

VERSUS

JOHN C. SIMON, M.D., BRIAN
P. GUIDRY, M.D., AND
LAKEVIEW REGIONAL MEDICAL
CENTER

NO. 2019 CW 1456

**JANUARY 28, 2020**

---

In Re:     John C. Simon, M.D., applying for supervisory writs,
           22nd Judicial District Court, Parish of St. Tammany,
           No. 2014-15060.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**PMc**
**GH**

     **Welch, J.,** dissents and would grant the writ.  The plain
language of the Medical Malpractice Act provides a request for
review of a malpractice claim shall contain the names of the
claimants.  See La. R.S. 40:1231.8(A)(1)(b)(iii) (formerly La.
R.S. 40:1299.47(A)(1)(b)(iii)).  See also **Parks v. Louisiana
Guest House,** 2013-2121, 2013-2122 (La. App. 1st Cir. 9/30/14),
155 So.3d 609, 613, writ denied, 2014-2281 (La. 1/16/15), 157
So.3d 1131 ("[t]he filing of a request for review of a
malpractice claim shall suspend the time within which suit must
be instituted… until ninety days following notification by
certified mail,… **to the claimant** or his attorney of the issuance
of the opinion by the medical review panel.  This language
clearly indicates that only the person or persons who actually
presented a 'claim' for review are entitled to the suspension of
prescription….").   I would dismiss plaintiffs' claims as
prescribed.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT